UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN TYLER,
                    Petitioner,

                                                        CIVIL ACTION

            v.                                          NO.   04-40101-DPW

DEPARTMENT OF JUSTICE, et al.,
                    Respondents.

O R D E R

WOODLOCK, D. J.

On June 3, 2004, petitioner John Tyler, a prisoner confined at FMC Devens, filed a

petition for a writ of habeas corpus under Section 2241 but did not submit the $5 filing fee

or an application for waiver of the filing fee with a certified prison account statement.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon

(i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND

(ii) the United States Attorney;

(2) The Respondents shall, within 28 days of receipt of this Order, file an answer or

other responsive pleading.

(3) Petitioner shall pay the $5 filing fee or submit an application for waiver of the

filing fee with a certified prison account statement within 42 days of the date of this Order;

(4) The Clerk shall send Petitioner an Application to Proceed Without Prepayment

of Fees with this Order.

SO ORDERED.


 6/8/04                          s/ Douglas P. Woodlock
Date                            United States District Judge