UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JOHN TYLER,                         )
         Petitioner,              )
                                    )
                                    )   CIVIL ACTION
v.                                  )   NO. 04-40101-DPW
                                    )
DEPARTMENT OF JUSTICE,              )
BUREAU OF PRISON;                   )
HARLEY LAPPEN, Director;            )
and DAVID L. WINN, Warden,          )
         Respondents.            )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondents in the above-captioned matter.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney


                        By:   /s/ Anton P. Giedt_____
                            ANTON P. GIEDT
                            Assistant U.S. Attorney
                            United States Courthouse
                            1 Courthouse Way - Suite 9200
                            Boston, MA 02210
                            (617) 748-3282

CERTIFICATE OF SERVICE

I certify that on this 16th day of June, 2004, I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon: John Tyler #10466-036, FMC-Devens, P. O. Box 879, Ayer, MA 01432-0879.

                                      /s/ Anton P. Giedt_____
                                      ANTON P. GIEDT
                                      Assistant U.S. Attorney