**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN TYLER,<br><br>    Petitioner,<br><br>v.<br>DEPARTMENT OF JUSTICE, Bureau of Prisons,<br>HARLEY LAPPEN, et al., Director, DAVID L. WINN,<br>et al., Warden,<br><br>    Respondents. | Civil Action No. 04-CV-40101-DPW |

**RESPONDENTS MOTION FOR LEAVE**
**TO FILE BRIEF UNDER LOCAL RULE 7.1(B)(4) IN EXCESS OF TWENTY PAGES**

Respondents Respectfully request leave of the Court to file a Memorandum in Support of their Opposition to Petitioner's Request For Relief and their Motion to Dismiss in excess of 20 pages. The issues raised by Petitioner concern statutory interpretation and changes in Bureau of Prisons policy over several years that require extensive explanation. Therefore, Respondents request leave to file a Memorandum in Support of 26 pages in length.

Respectfully submitted,

For the Respondent
DAVID L. WINN

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Anton P. Giedt

Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.: 563928

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, Anton P. Giedt, Assistant U.S. Attorney, respectfully request leave from compliance with Local Rule 7.1(A)(2) as Petitioner is incarcerated, acting *pro se,* and is not represented by counsel.

    /s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.      Boston, Massachusetts
DATE: July 13, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail.

    /s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**PETITIONER:**
John Tyler
Prisoner Mail
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

**AGENCY COUNSEL:**
Patrick Ward
Federal Medical Center Devens
Box 880
Ayer, MA 01432

N:\AGiedt\a-doj-a-cases\tyler\us-mtd-7-13-04-f.wpd