UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN TYLER,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>DEPARTMENT OF JUSTICE, Bureau of<br>Prisons, HARLEY LAPPEN, et al., Director,<br>DAVID L. WINN, et al., Warden,<br><br>　　　　Respondents. | Civil Action No. 04-CV-40101-DPW |

**RESPONDENT'S[1] OPPOSITION TO PETITIONER'S REQUEST FOR RELIEF
AND MOTION TO DISMISS**

Petitioner, John Tyler ("Petitioner" or "Tyler"), an inmate at Federal Medical Center Devens ("FMC Devens"), brought this habeas corpus action, pursuant to 28 U.S.C. § 2241, challenging the legality of a new policy of the Bureau of Prisons ("BOP") regarding eligibility for placement in Community Corrections Centers ("CCC") at the end of a prisoner's sentence. Petitioner has also challenged the BOP's calculation of good conduct time ("GCT") with respect to his overall sentence.

---

[1] The only proper respondent in this action is David L. Winn, Warden of FMC Devens where the Petitioner is currently in custody. In Rumsfeld v. Padilla, --U.S.-- (June 28, 2004), the Supreme Court (5-4) reaffirmed longstanding habeas corpus jurisprudence, holding: 1) the only proper respondent in a § 2241 habeas case is the prisoner's immediate custodian; and 2) the only court with jurisdiction is the district court where the prisoner is confined. Accordingly, the other named respondents should be dismissed from this action and removed from the caption.

For the reasons explained in the accompanying Memorandum In Support, the petition fails to state a claim upon which relief can be granted and, therefore, Respondent respectfully moves for dismissal of Petitioner's Petition.

Respectfully submitted,

For the Respondent
DAVID L. WINN

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.:  563928

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, Anton P. Giedt, Assistant U.S. Attorney, respectfully request leave from compliance with Local Rule 7.1(A)(2) as Petitioner is incarcerated, acting *pro se,* and is not represented by counsel.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                              Boston, Massachusetts
DATE: July 13, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**PETITIONER:**
John Tyler - Register Number 10466-036
Prisoner Mail
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

**AGENCY COUNSEL:**
Patrick Ward
Federal Medical Center Devens
Box 880
Ayer, MA 01432