```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

JOHN TYLER,
      Petitioner,

      V.                CIVIL ACTION NO. 04-40075-DPW

DAVID L. WINN,
WARDEN AT FMC DEVENS,
      Respondent

### ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's electronic Order on August 17, 2004, granting the Respondent's Motion to Dismiss the Petition filed under 28 U.S.C. §2241 for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                            BY THE COURT,

                                            /s/ Rebecca Greenberg
                                          Deputy Clerk

DATED: August 17, 2004